```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

| | |
|---|---|
| SANITEC INDUSTRIES, INC.,           § | |
| § | |
|     Plaintiff/                  § | |
|     Counterclaim Defendant,     § | |
| § | |
| v.                                  § | |
| § | CIVIL ACTION NO. H-04-3066 |
| MICRO-WASTE CORPORATION,            § | |
| § | |
|     Defendant/                  § | |
|     Counterclaim Plaintiff      § | |

### **FINAL JUDGMENT**

For the reasons stated in the Memorandum and Order signed June 2, 2006, the Findings of Fact, Conclusions of Law, and Conclusion and Order filed November 28, 2006, and the separate Order on Attorneys' Fees signed this day, it is

ORDERED and ADJUDGED that Plaintiff Sanitec Industries, Inc. take nothing against Defendant Micro-Waste Corporation, and Plaintiff's case against Defendant is DISMISSED on the merits; and it is further

ORDERED and ADJUDGED that Defendant/Counter-Plaintiff Micro-Waste Corporation shall have and recover of and from Plaintiff/Counter-Defendant Sanitec Industries, Inc. the total sum of SIX HUNDRED SIXTY-FIVE THOUSAND FIFTY and No/100 Dollars ($665,050.00), plus interest on the unpaid portions thereof at the rate of 5.05% per annum from the date hereof until paid, and its taxable costs of court; and it is further

ORDERED and ADJUDGED that any other and further relief sought herein by either party against the other party and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 1st day of March, 2007.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE