NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1282, -1283

SANITEC INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

MICRO-WASTE CORPORATION,

Defendant-Cross Appellant.

## Judgment

ON APPEAL from the    United States District Court for the Southern District of Texas

In CASE NO(S).    04-CV-3066.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, SCHALL, and MOORE, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: OCT 0 9 2008

Jan Horbaly, Clerk

United States Courts
Southern District of Texas
FILED
OCT 1 6 2008
Michael N. Milby, Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
OCT 0 9 2008
JAN HORBALY
CLERK

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

United States Courts
Southern District of Texas
FILED

OCT 1 6 2008

Michael N. Milby, Clerk

2007-1282, -1283

SANITEC INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

MICRO-WASTE CORPORATION,

Defendant-Cross Appellant.

<u>John M. Delehanty</u>, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., of New York, New York, argued for plaintiff-appellant. With him on the brief was <u>Timur E. Slonim</u>.

<u>Alan B. Daughtry</u>, Jackson Walker L.L.P., of Houston, Texas, argued for defendant-cross appellant. With him on the brief was <u>Richard E. Griffin</u>.

Appealed from: United States District Court for the Southern District of Texas

Senior Judge Ewing Werlein, Jr.

CLERK'S OFFICE COPY

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF ENTRY OF
JUDGMENT WITHOUT OPINION

United States Courts
Southern District of Texas
FILED

OCT 1 6 2008

JUDGMENT ENTERED: 10/09/08

Michael N. Milby, Clerk

The judgment of the court in your case was entered today pursuant to Rule 36. This Court affirmed the judgment or decision that was appealed. None of the relief sought in the appeal was granted. No opinion accompanied the judgment. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

No costs were taxed in this appeal.

Exhibits and visual aids shall be promptly retrieved by the party that lodged them with this court.

JAN HORBALY
Clerk

cc:   John M. Delehanty
      Richard E. Griffin

SANITEC INDUSTRIES V MICRO-WASTE, 2007-1282
DCT - SD/TX, 04-CV-3066